UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
TRB ACQUISITIONS LLC and E.D.Y. EQUITIES LLC, :
:
                        Plaintiffs,           :            20-CV-552 (JMF)
:
       -v-                         :              ORDER
:
JACK YEDID, :
:
                        Defendant. :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* Docket No. 19, Defendant's earlier motion to dismiss filed at Docket No. 13 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **May 11, 2020**. Defendant's reply, if any, is due by **May 18, 2020**. At the time any reply is served, the moving party shall supply the Court with electronic courtesy copies of all motion papers by e-mailing them to the Chambers inbox at Furman_NYSDChambers@nysd.uscourts.gov.

       The Clerk of Court is directed to terminate Docket No. 13.

       SO ORDERED.

Dated: April 28, 2020
       New York, New York                                   JESSE M. FURMAN
                                                          United States District Judge